UNITED STATES OF AMERICA
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:09-CR-76-1-FL
NO. 4:09-CR-76-2-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | ORDER TO DESTROY |
| V. | ) | EVIDENCE |
| | ) | |
| AHMED ALWARAK | ) | |
| MOHAMMAD ABDULLAH ABDO GHANEM | ) | |

It appearing to the Court that during the investigation of the above-captioned case, a Jimenez 9mm handgun, serial number 100885 with a magazine, a Taurus .45 caliber handgun, serial number altered/unreadable with a magazine, and a Smith and Wesson model 1006, serial number TEV1006, were seized during the investigation and used as evidence.

It further appearing to the Court that this case has been fully adjudicated and the aforementioned items are no longer needed as evidence.

Therefore, it is hereby ordered that the above described item be disposed of, or destroyed by a member of the Federal Bureau of Investigation in accordance with regulations of the Federal Bureau of Investigations.

This the 26th day of March, 2020.

_____
LOUISE W. FLANAGAN
United States District Court Judge